**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Christopher R. McFARLAND, Respondent.**

**No. 330 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 21, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1997, there having been filed with this Court by Christopher R. McFarland his verified Statement of Resignation dated April 3, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Christopher R. McFarland be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Harold Hamman MARTIN, Respondent.**

**No. 126 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 21, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 1, 1997, it is hereby

ORDERED that HAROLD HAMMAN MARTIN be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**L. Edward GLASS, Respondent.**

**No. 100 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 21, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 1, 1997, it is hereby

ORDERED that L. EDWARD GLASS be and he is SUSPENDED from the Bar of this Commonwealth for a period of two and one-half (2½) years, retroactive to January 20, 1995, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.